**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

AUG 25 2026

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **In re:** | § | |
| | § | CASE NO. |
| **CHANEE TENNILLE COLEMAN,** | § | |
| | § | CHAPTER 7 |
| Debtor(s). | § | |
| | § | JUDGE |

**DEBTOR'S EMERGENCY MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Debtor Chanee Tennille Coleman (the "Debtor") respectfully files this Emergency Motion to Extend the Automatic Stay pursuant to 11 U.S.C. § 362(c)(3) against Creditor P.C.F. Properties in TX, LLC, Idaho Housing and Finance Association, and HomeLoanServ, and in support thereof respectfully represents as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. BACKGROUND AND PREVIOUS FILING

2. The Debtor filed a prior Chapter 7 bankruptcy petition, Case No. **26-34474**, in the U.S. Bankruptcy Court for the Southern District of Texas on June 25, 2026.

3. Case No. 26-34474 was dismissed on August 19, 2026, because the Debtor had not completed the mandatory pre-credit counseling course prior to the exact minute of filing.

4. Because the Debtor's prior case was dismissed within the one-year period preceding the filing of the current case, the automatic stay under 11 U.S.C. § 362(a) will terminate on the 30th day after the filing of the current case pursuant to 11 U.S.C. § 362(c)(3)(A), unless extended by this Court.

## III. REBUTTAL OF PRESUMPTION OF BAD FAITH & DESCRIPTION OF EXTENUATING CIRCUMSTANCES

5. Pursuant to 11 U.S.C. § 362(c)(3)(C), a case is presumed to be filed not in good faith if a prior case was dismissed within the preceding year. This presumption may be rebutted by clear and convincing evidence of a change in circumstances or compelling, good-faith factors.

6. **The Extenuating Circumstances of the Prior Filing:** The Debtor's failure to complete the credit counseling course prior to filing Case No. 26-34474 was not due to bad faith, neglect, or an intent to abuse the bankruptcy system. Rather, it was driven by an immediate, severe procedural crisis and an inability to pay:

- On June 23, 2026, the Justice of the Peace Court issued a Writ of Possession despite the Debtor having timely submitted an appeal via a Statement of Inability to Pay on June 15, 2026. Due to an administrative delay by the JP court, the appeal was not forwarded to the County Court at Law until June 24, 2026, the exact same day a 24-hour Writ of Possession was taped to the Debtor's front door (See Exhibit A).
- Facing an immediate 24-hour physical eviction from her homestead, the Debtor reached out to an approved pre-credit counseling vendor to request a mandatory fee waiver due to her severe financial hardship and inability to pay.
- The credit counseling agency did not reply to the Debtor's fee waiver request until after the court's business hours on June 25, 2026 (See Exhibit B). Because the eviction was imminent and the agency's response was delayed, the Debtor was forced to file her emergency petition on June 25, 2026, without the certificate to protect her home, checking the box indicating she could not complete the course due to these severe, overlapping extenuating circumstances.

7. **Change in Procedural Circumstances:** The technical defect that caused the dismissal has been completely cured. Prior to filing this current petition, the Debtor successfully completed her required pre-bankruptcy credit counseling course and has attached her valid certificate alongside this petition.

8. **Good Faith Effort to Protect Homestead Amid Active Federal Litigation:** This petition is a good-faith effort to preserve the status quo regarding the Debtor's homestead located at 15538 Kiplands Bend Dr., Houston, TX 77014. The underlying foreclosure is the subject of an ongoing federal quiet title and wrongful foreclosure lawsuit filed by the Debtor against Idaho Housing and Finance Association, the USA through the Secretary of Housing and Urban Development, P.C.F. Properties in TX, LLC. and other defendants.

## IV. PRAYER FOR RELIEF

WHEREFORE, Debtor Chanee Tennille Coleman respectfully requests that this Court:

a. Schedule an expedited hearing on this Motion before the expiration of the 30-day period;

b. Enter an Order extending the automatic stay as to all creditors, specifically including P.C.F. Properties in TX, LLC, and the Harris County Precinct 4 Constable, until further order of this Court; and

c. Grant the Debtor such other and further relief as is just and proper.

*Dated: August 25, 2026*

Respectfully submitted,

Chanee Tennille Coleman, Pro Se Debtor

5538 Kiplands Bend Dr., Houston, TX 77014

ph. 832-675-2663

Certificate Number: 14751-TXS-CC-041156321

14751-TXS-CC-041156321

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 30, 2026, at 9:40 o'clock PM PDT, CHANEE COLEMAN received from $$$$$$0$ BK Class, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Southern District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: June 30, 2026

By: /s/Laura E Hauptman

Name: Laura E Hauptman

Title: Certified Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Exhibit A

Eviction-Writ of Possession

Tracking Number: G0405028

**Case Number: 264100217178**

I09/331U

P.C.F Properties in TX, LLC
Plaintiff
vs.
Chanee T Coleman and/or All Occupants
Defendant

02020164

§ § § § § § §

In the Justice Court
Harris County, Texas
Precinct 4, Place 1
6831 Cypresswood Dr
Klein Texas 77379-7700
713-274-6550
www.jp.hctx.net

| WARRANT CHECK | |
|---|---|
| CAUTION | ☑ |
| OPEN | ☑ |
| CLEAR | ☐ |

**Writ of Possession**

Delivered this 24 Day of Jun 20 26

**CONSTABLE MARK HERMAN**
Precinct 4, Harris County, Texas
By ______________

THE STATE OF TEXAS
COUNTY OF HARRIS

**TO ANY SHERIFF OR CONSTABLE WITHIN THE STATE OF TEXAS:**

On 06/08/2026, Plaintiff(s), P.C.F Properties in TX, LLC, ("Landlord"), recovered Judgment against Defendant(s), Chanee T Coleman and/or All Occupants, ("Tenant") and all persons claiming under Tenant, for possession of the following described property :15538 Kiplands Bend Dr Houston TX 77014 ("Premises").

Five days or more have expired from the time the Judgment was signed.

In accordance with Section 24.0061 of the Texas Property Code, you are COMMANDED to post a written warning of at least 8 1/2 by 11 inches on the exterior of the front door of the rental unit notifying the Tenant that the writ has been issued and that the writ will be executed on or after a specific date and time stated in the warning not sooner than 24 hours after the warning is posted.

You are further COMMANDED, on the execution of this writ, to deliver possession of the Premises to the Landlord, and to:
(1) instruct the Tenant and all persons claiming under the Tenant to leave the premises immediately, and, if the persons fail to comply, physically remove them;
(2) instruct the Tenant to remove or to allow the Landlord, the Landlord's representatives, or other persons acting under your supervision to remove all personal property from the Premises, other than personal property claimed to be owned by the Landlord; and,
(3) place, or have an authorized person place, the removed personal property outside the Premises at a nearby location, but not blocking a public sidewalk, passageway, or street and not while it is raining, sleeting, or snowing.

You are further AUTHORIZED, at your discretion, to engage the services of a bonded or insured warehouseman to remove and store, subject to applicable law, part or all of the property at no cost to the Landlord or the officer executing the Writ.

YOU ARE NOTIFIED that under Section 7.003 of the Civil Practice and Remedies Code, you are not liable for damages resulting from the execution of the Writ if you execute the Writ in good faith and with reasonable diligence.

Make due return of this Writ by showing how you have executed it.

Signed on: 6/23/2026

JUSTICE COURTS PRECINCT FOUR HARRIS COUNTY, TEXAS

Lincoln Goodwin
______________
Justice of the Peace
Precinct 4, Place 1

Address of Plaintiff

6046 Fm 2920 Rd
#160
Spring TX 77379
Home: 281-668-8723

Address of Plaintiff's Attorney

Exhibit B

Gmail

Texas Coleman <youngtexas98@gmail.com>

---

## Fee Waiver request

4 messages

---

**Texas Coleman** <youngtexas98@gmail.com> Thu, Jun 25, 2026 at 2:22 PM
To: support@myonlinebankruptcyclass.com

Hello, I need to take the online course and will need a fee waiver. I have attached my approval letter for public benefits in the form of SNAP for Texas. Thanks.

**SNAP Award Letter Jan 2026.pdf**
793K

---

**MyOnlineBankruptcyClass.com** <contact@myonlinebankruptcyclass.com> Thu, Jun 25, 2026 at 2:40 PM
To: Texas Coleman <youngtexas98@gmail.com>

Thank you for providing proof of income. A fee waiver has been granted. Return to the site and register. When you reach the welcome page, DO NOT PAY. Email us your username and we will assign the class to you.

**From:** Texas Coleman <youngtexas98@gmail.com>
**Sent:** Thursday, June 25, 2026 12:22 PM
**To:** MyOnlineBankruptcyClass.com <contact@myonlinebankruptcyclass.com>
**Subject:** Fee Waiver request

Hello, I need to take the online course and will need a fee waiver. I have attached my approval letter for public benefits in the form of SNAP for Texas. Thanks.

---

**Texas Coleman** <youngtexas98@gmail.com> Thu, Jun 25, 2026 at 3:16 PM
To: "MyOnlineBankruptcyClass.com" <contact@myonlinebankruptcyclass.com>

Username: youngtexas98@gmail.com

On Thu, Jun 25, 2026 at 2:40 PM MyOnlineBankruptcyClass.com <contact@myonlinebankruptcyclass.com> wrote:

> Thank you for providing proof of income. A fee waiver has been granted. Return to the site and register. When you reach the welcome page, DO NOT PAY. Email us your username and we will assign the class to you.
>
> **From:** Texas Coleman <youngtexas98@gmail.com>
> **Sent:** Thursday, June 25, 2026 12:22 PM
> **To:** MyOnlineBankruptcyClass.com <contact@myonlinebankruptcyclass.com>
> **Subject:** Fee Waiver request
>
> Hello, I need to take the online course and will need a fee waiver. I have attached my approval letter for public benefits in the form of SNAP for Texas. Thanks.

---

**MyOnlineBankruptcyClass.com** <contact@myonlinebankruptcyclass.com> Thu, Jun 25, 2026 at 5:43 PM
To: Texas Coleman <youngtexas98@gmail.com>

Pre-Filing course has been assigned.
access code:
156709

**From:** Texas Coleman <youngtexas98@gmail.com>
**Sent:** Thursday, June 25, 2026 1:16 PM
**To:** MyOnlineBankruptcyClass.com <contact@myonlinebankruptcyclass.com>
**Subject:** Re: Fee Waiver request

Username: youngtexas98@gmail.com

On Thu, Jun 25, 2026 at 2:40 PM MyOnlineBankruptcyClass.com <contact@myonlinebankruptcyclass.com> wrote:

> Thank you for providing proof of income. A fee waiver has been granted. Return to the site and register. When you reach the welcome page, DO NOT PAY. Email us your username and we will assign the class to you.
>
> ---
>
> **From:** Texas Coleman <youngtexas98@gmail.com>
> **Sent:** Thursday, June 25, 2026 12:22 PM
> **To:** MyOnlineBankruptcyClass.com <contact@myonlinebankruptcyclass.com>
> **Subject:** Fee Waiver request
>
> Hello, I need to take the online course and will need a fee waiver. I have attached my approval letter for public benefits in the form of SNAP for Texas. Thanks.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Extend the Automatic Stay, Emergency Request for Expedited Hearing, and Proposed Order was served upon the following parties on this 25th day of August, 2026 via email, fax, and certified mail as stated for each.

**P.C.F. Properties in TX, LLC**
c/o Attorney John Burger
By Email: john@barryandsewart.com

**Idaho Housing and Finance Association / HomeLoanServ**
565 W. Myrtle Street
Boise, ID 83702
By Certified Mail

**Bonial & Associates**
14841 Dallas Parkway
Suite 350
Dallas, TX 75254
By Certified Mail

**Harris County Justice of the Peace Precinct 4, Place 1**
By Email: myjp41@jp.hctx.net
**Harris County Precinct 4 Constable's Office**
By Email: myjp41@jp.hctx.net

______________________________
Chanee Tennille Coleman, Pro Se Debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | CASE NO. |
| **CHANEE TENNILLE COLEMAN,** | § | |
| | § | CHAPTER 7 |
| Debtor(s). | § | |
| | § | JUDGE |

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

Came on for consideration the Emergency Motion to Extend the Automatic Stay Pursuant to 11 U.S.C. § 362(c)(3) (the "Motion") filed by the Debtor, Chanee Tennille Coleman. The Court, having considered the Motion, the evidence presented, and the arguments of the parties, finds that the current bankruptcy case was filed in good faith, and that the Debtor has successfully rebutted the presumption of bad faith by clear and convincing evidence under 11 U.S.C. § 362(c)(3)(C). Accordingly, it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the automatic stay of 11 U.S.C. § 362(a) is hereby extended and shall remain in full force and effect as to all creditors, their agents, and assignees—specifically including P.C.F. Properties in TX, LLC, Idaho Housing and Finance Association, HomeLoanServ, Bonial & Associates, and the Harris County Precinct 4 Constable—with respect to the Debtor and the Debtor's homestead property located at **15538 Kiplands Bend Dr., Houston, TX 77014**, until further order of this Court.

SIGNED this _____ day of ________________, 2026.

______________________________________

UNITED STATES BANKRUPTCY JUDGE