UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 2 5 2026

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **In re:** | § | |
| | § | CASE NO. |
| **CHANEE TENNILLE COLEMAN,** | § | |
| | § | CHAPTER 7 |
| Debtor(s). | § | |
| | § | JUDGE |

## DEBTOR'S EMERGENCY REQUEST FOR EXPEDITED HEARING ON MOTION TO EXTEND THE AUTOMATIC STAY

To the Honorable United States Bankruptcy Judge:

Debtor Chanee Tennille Coleman respectfully requests an expedited emergency hearing on her Motion to Extend the Automatic Stay, and in support shows the Court the following:

1. **Immediate Crisis:** The Debtor is facing an immediate physical eviction from her homestead located at 15538 Kiplands Bend Dr., Houston, TX 77014.
2. **Imminent Deadline:** The Harris County Precinct 4 Constable has scheduled the physical execution of a Writ of Possession for **Thursday, August 27, 2026**.
3. **Irreparable Harm:** If an emergency expedited hearing is not granted to review the extension of the automatic stay, the Debtor will be forcibly displaced from her home and suffer irreversible damage before a standard 21-day notice period can clear, rendering her Motion completely moot.
4. **Prayer:** Wherefore, Debtor prays that this Court grant this request and set an emergency expedited hearing on the Motion to Extend the Automatic Stay at the earliest possible date and time.

*Dated: August 25, 2026*

Respectfully submitted,

[signature]

Chanee Tennille Coleman, Pro Se Debtor5

538 Kiplands Bend Dr., Houston, TX 77014
ph. 832-675-2663