*Form O-100*

**IN IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:**<br>**CHANEE TENNILLE COLEMAN,**<br>**Debtor**<br><br>**P.C.F PROPERTIES IN TX, LLC**<br><br>**Movant**<br><br>**vs**<br><br>**CHANEE TENNILLE COLEMAN,**<br>**ALLISON BYMAN, TRUSTEE,**<br>**Respondents** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 26-36231-H4-7**<br><br><br>**(Chapter 7)** |

**ORDER GRANTING RELIEF FROM**
**AUTOMATIC STAY AFTER HEARING**

**(This Order Resolves Docket # ____)**

P.C.F PROPERTIES IN TX, LLC ("Movant") filed a motion for relief from the automatic stay against 15538 KIPLANDS BEND DR., HOUSTON, TX 77014, and more particularly described as Lot Forty-Five (45), in Block Two (2), of Bammel Village Section 2, Replat No. 1, an addition in Harris County, Texas, according to the Map or Plat thereof recorded under Film Code 587230 of the Map Records of Harris County, Texas (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

____________ Although a response opposing the motion was filed, the respondent did not appear at the hearing. Therefore, the response is overruled for want of prosecution and the motion is granted.

____________ The debtor filed a response that the debtor was not opposed to the requested relief and no other party opposed the requested relief.

____________ The debtor filed a response that the debtor was unable to admit or deny the allegations, the debtor failed to appear at the hearing, and no other party opposed the requested relief.

____________ After hearing, and for the reasons stated on the record, relief from the stay is granted.

____________ No timely response was filed. Accordingly, the motion is granted by default.

____________ As shown by Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief.

Accordingly, it is ordered that Movant is granted relief from the automatic stay and the co-debtor stay to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

***Form O-100***

Additional rulings:

____________ Movant is awarded attorneys fees in the amount of $750.00..

____________ The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record.

ReservedForJudgeSignature