United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 28, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 26-36231** |
| **CHANEE TENNILLE COLEMAN,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 7** |

**ORDER**
**STRIKING MOTION FOR RELIEF FROM STAY**
*Resolving Dkt. No. 14*

Pending before this Court is the "Motion for Relief from the Stay Regarding Non-Exempt Property Located at 15538 Kiplands Bend Dr., Houston, TX 77014"[1] ("*Motion*") filed by P.C.F. Properties in TX, LLC, on August 27, 2026. The Motion does not satisfy the 25-day requirement governed by this Court's Procedure § IV(a)(1). Accordingly, it is therefore:

**ORDERED:** that

1. The "Motion for Relief from the Stay Regarding Non-Exempt Property Located at 15538 Kiplands Bend Dr., Houston, TX 77014"[2] filed by P.C.F. Properties in TX, LLC, on August 27, 2026, is hereby STRUCK.

2. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**SIGNED Friday, August 28, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

[1] Dkt. No. 14.
[2] Dkt. No. 14.