**IN IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:**<br>**CHANEE TENNILLE COLEMAN,**<br>**Debtor**<br><br>**P.C.F PROPERTIES IN TX, LLC**<br><br>**Movant**<br><br>**vs**<br><br>**CHANEE TENNILLE COLEMAN,**<br>**ALLISON BYMAN, TRUSTEE,**<br>**Respondents** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 26-36231-H4-7**<br><br><br>**(Chapter 7)** |

**MOTION FOR RELIEF FROM THE STAY REGARDING NON-EXEMPT PROPERTY LOCATED AT 15538 KIPLANDS BEND DR., HOUSTON, TX 77014 AND WAIVER OF THIRTY DAY RULE**

**THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. IF YOU OBJECT TO THE GRANTING OF RELIEF FROM THE AUTOMATIC STAY, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT. IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT NOT LATER THAN SEPTEMBER 30, 2026 AND YOU MUST ATTEND THE HEARING.**

**THE COPY SENT TO THE MOVANT MUST BE DELIVERED BY HAND OR ELECTRONIC DELIVERY IF IT IS SENT LESS THAN 7 DAYS PRIOR TO THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE HEARING MAY BE AN EVIDENTIARY HEARING AND THE COURT MAY GRANT OR DENY RELIEF FROM THE STAY BASED ON THE EVIDENCE PRESENTED AT THIS HEARING. IF A TIMELY OBJECTION IS FILED, THE COURT WILL CONDUCT A HEARING ON THIS MOTION ON Oct. 7, 2026 9:00 a.m. 515 Rusk Street, Courtroom 401, Houston, TX 77002.**

1. This motion requests an order from the Bankruptcy Court authorizing the person filing this motion to pursue its state-right and contractual remedies to obtain possession of the residential real estate located at 15538 KIPLANDS BEND DR., HOUSTON, TX 77014 or to evict Debtor and/or all other occupant from the property that is identified in paragraph 3.

2. Movant: P.C.F. Properties in TX, LLC.

3. Movant, directly or as agent for the holder, is the owner of the property located at **15538 KIPLANDS BEND DR., HOUSTON, TX 77014, and more particularly described as Lot Forty-Five (45), in Block Two (2), of Bammel Village Section 2, Replat No. 1, an addition in Harris County, Texas, according to the Map or Plat thereof recorded under Film Code 587230 of the Map Records of Harris County, Texas. (the "Property")** having purchased the subject property at a non-judicial foreclosure on May 5, 2026. A true and correct copy of the Substitute Trustee Deed is attached hereto as Exhibit 1. Debtor and/or All Other Occupants are tenants at sufferance of the Movant pursuant to the terms and conditions of a Deed of Trust executed on June 13, 2018, and recorded on June 15, 2018 under Clerk's File No. RP-2018-266061 in the Official Real Property Records of Harris County, Texas. A true and correct copy of the Deed of Trust is attached hereto as Exhibit 2. At the time Debtor filed this Chapter 7 Bankruptcy Petition on August 25, 2026, Movant had filed an eviction proceeding, pending under Case No. 1284915, pending in County Civil Court at Law No. 4, Harris County, Texas. Trial was set for September 10, 2026 at 9:30 a.m. Debtor's filing stayed the proceeding pending orders of this Court. **A the time of filing the current petition, Movant had obtained a writ of possession, issued by the Harris County courts, directing the Harris County Constable to seize the Property, remove Debtor from it, and deliver possession to Movant. Debtor's possessory interests, therefore, have ceased under applicable non-bankruptcy and Texas law.**

4. Debtor filed her schedules of assets and liabilities or the statement of financial affairs at this time. The Chapter 7 Trustee has not conducted or concluded the creditors' meeting. **This is the second bankruptcy filed by this Debtor to prevent Movant from asserting its possessory rights in the Property. The Court struck the first case, filed under Case No. 26-34474-H4-7, because Debtor did not provide a certificate of pre-bankruptcy counseling and the Court determined Debtor was not entitled to relief under Title 11, United States Coded, Section 701, et seq.** Movant does not know if Debtor intends to claims this property as exempt.

5. Type of collateral (e.g., Home, Manufactured Home, Car, Truck, Motorcycle): Real Estate.

6. Debtor's scheduled value of property: $__N/A/___________________.

7. Movant's estimated value of property: $130,000.00, which is what Movant paid at the foreclosure sale.

8. Total amount owed to movant: N/A

9. Estimated equity (paragraph 7 minus paragraph 8): N/A/_____________.

10. Total pre and post-petition arrearages: None.

11. Total post-petition arrearages: None.

12. Amount of unpaid, past due property taxes, if applicable: $N/A______________.

13. Expiration date on insurance policy, if applicable: N/A/_______________________.

14. _____**XX**_____ Movant seeks relief based on the debtor(s)' lack of ownership or an equity in the property. Debtor does not own the subject property but merely has a possessory interest. The property is not the Debtor's homestead, is not property of the estate, and not necessary to effective reorganization of the Debtor's financial affairs. Debtor's continued possession of Movant's property and the filing of this bankruptcy case impair Movant's right to remove Debtor and/or all other occupants from the premises and take possession of its property.

15. __________. Movant seeks relief based on the debtor(s)' failure to provide a certificate of insurance reflecting insurance coverage as required under the debtor's pre-petition contracts.

16. If applicable: Name of Co-Debtor:

17. Based on the foregoing, movant seeks termination of the automatic stay [and the co-debtor stay, if applicable] to allow movant to foreclose or repossess the debtor(s)' property and seeks to recover its costs and attorneys' fees in an amount not to exceed the amount listed in paragraph 9.

18. Movant certifies that prior to filing this motion an attempt was made to confer with the Debtor(s)' counsel (or with Debtor(s), if *pro se*) either by telephone, by e-mail or by facsimile, by the following person on the following date and time: August 26, 2026 at 9:55 a.m., I contacted Debtor by email in a good faith effort to resolve this matter. An agreement could not be reached. If requested by debtor or debtor's counsel, a payment history in the form attached to this motion was provided at least two days, excluding intermediate weekends and holidays, before this motion was filed.

Date: September 3, 2026

__*/s/__John V. Burger*____________________
Movant's counsel signature

Name: John V. Burger
State Bar No.: 03378650
S.D. Tex. Bar No.: 13176
Address: Barry & Sewart, PLLC
4635 Southwest Freeway, Suite 330
Houston, TX 77027
Telephone: 713-722-0281
Fax: 713-722-9786
E-mail: john@barryandsewart.com

**Certificate of Service and Certificate of Compliance with BLR 4001**

Movant's Counsel contacted Debtor by email, on August 26, 2026, prior to the filing of this motion and the issues raised herein are not yet resolved. I also attempted to contact Debtor by phone on August 26, 2026. At this time, an agreement has not been reached. I believe the requested relief is opposed at this time.

A copy of this motion was served on the persons at the addresses reflected on the attached service list on September 3, 2026, by prepaid United States first class mail. Movant certifies that movant has complied with Bankruptcy Local Rule 4001.

______*/s/ John V. Burger*__________
Movant's Counsel