**IN IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:**<br>**CHANEE TENNILLE COLEMAN,**<br>**Debtor**<br><br>**P.C.F PROPERTIES IN TX, LLC**<br><br>**Movant**<br><br>**vs**<br><br>**CHANEE TENNILLE COLEMAN,**<br>**ALLISON BYMAN, TRUSTEE,**<br>**Respondents** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 26-36231-H4-7**<br><br><br>**(Chapter 7)** |

## NOTICE OF HEARING

**THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. IF YOU OBJECT TO THE GRANTING OF RELIEF FROM THE AUTOMATIC STAY, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT. IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT NOT LATER THAN SEPTEMBER 30, 2026 AND YOU MUST ATTEND THE HEARING.**

**THE COPY SENT TO THE MOVANT MUST BE DELIVERED BY HAND OR ELECTRONIC DELIVERY IF IT IS SENT LESS THAN 7 DAYS PRIOR TO THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE HEARING MAY BE AN EVIDENTIARY HEARING AND THE COURT MAY GRANT OR DENY RELIEF FROM THE STAY BASED ON THE EVIDENCE PRESENTED AT THIS HEARING. IF A TIMELY OBJECTION IS FILED, THE COURT WILL CONDUCT A HEARING ON THIS MOTION ON OCTOBER 7, 2026 at 9:00 a.m. 515 Rusk Street, Courtroom 401, Houston, TX 77002.**

Movant, P.C.F. Properties in TX, LLC, LLC, has filed a motion for relief from the stay affecting the property located at 15538 KIPLANDS BEND DR., HOUSTON, TX 77014, and more particularly described as Lot Forty-Five (45), in Block Two (2), of Bammel Village Section 2, Replat No. 1, an addition in Harris County, Texas, according to the Map or Plat thereof recorded under Film Code 587230 of the Map Records of Harris County, Texas (the "Property"). The hearing is set for September 9, 2026, at 9:00 a.m. You may appear in person in Court at United States Bankruptcy Court, 515 Rusk Street, Fourth Floor, Courtroom 401, Houston, TX 77002. Additionally, you may appear via video conference at the link provided below:

GoToMeetings app: https://gotomeet.me/judgerodriguez

**For audio, dial 832-917-1510, Conference Code 999276.**

**Video and audio connections may ONLY be utilized by parties, creditors, counsel, witnesses, and persons necessary to conduct the hearing pursuant to Bankruptcy Local Rule 9017-1.**

Instructions for appearing via video conference may be found at the Chief Judge of the United States Bankruptcy Court's website here:

https://www.txs.uscourts.gov/content/chief-united-states-bankruptcy-judge-eduardo-v-rodriguez

__/s/__*John V. Burger*____________________
Movant's counsel signature
Name: John V. Burger
State Bar No.: 03378650
S.D. Tex. Bar No.: 13176
Address: Barry & Sewart, PLLC
4635 Southwest Freeway, Suite 330
Houston, TX 77027
Telephone: 713-722-0281
Fax: 713-722-9786
E-mail: john@barryandsewart.com

**Certificate of Service**

A copy of this motion and notice of hearing were served on the persons shown at the addresses reflected on the attached service list on September 3, 2026,ev by prepaid United States first class mail. Movant certifies that movant has complied with Bankruptcy Local Rule 4001.

______*/s/ John V. Burger*__________
Movant's Counsel

Service List

Idaho Housing & Finance
565 Merytle
Boise, ID 83702

HomeLoanServ
565 Merytle
Boise, ID 83702

Bonial & Assoc., P.C.
14841 Dallas Pkwy, Suite 350
Dallas, TX 75254

Navy Federal Credit Union
820 Follin Lane SE
Vienna, VA 22180

HCTRA
7701 Wilshsire Place Dr.
Houston, TX 77040

Progressive County Mutual Ins. Co.
PO Box 400
Nowrood, MA 02062

US Dept. of Housing & Urban Development
451 Seventh St. SW
Washington, DC 20410

Midland Credit Mgmt.
PO Box 460568
Houston, TX 77056

US Small Business Admin.
PO Box 156059
Ft. Worth, TX 76155

TD Auto Finance
PO Boxc 16035
Lewiston, ME 04243

Texas Car Title & Payday Loan Svcs
821 FM 1960 Road W
Houston, TX 77090

Carecredit
PO Box 965048
Orlando, Fl. 32896