UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
SEP 2 4 2026
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHANEE TENNILLE COLEMAN, | § | CASE NO. 26-36231-H4-7 |
| | § | |
| Debtor. | § | (Chapter 7) |
| | § | |
| | § | Hon. Eduardo V. Rodriguez |

**DEBTOR'S MOTION TO RESCHEDULE HEARING ON P.C.F. PROPERTIES IN TX, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE HONORABLE CHIEF BANKRUPTCY JUDGE EDUARDO V. RODRIGUEZ:

NOW COMES the Debtor, Chanee Tennille Coleman, appearing Pro Se, and respectfully requests that this Court reschedule the hearing on the Motion for Relief from the Automatic Stay filed by Movant, P.C.F. Properties in TX, LLC, currently set for October 7, 2026. In support of this request, Debtor respectfully shows the Court as follows:

1. Good Cause for Continuance: Debtor recently achieved a material improvement in financial circumstances by securing permanent employment with the United States Postal Service (USPS), with an effective start date of September 8, 2026.

2. Mandated Attendance: Debtor is currently undergoing mandatory, non-discretionary probationary employment training scheduled by the USPS. Under strict postal onboarding regulations, Debtor is legally prohibited from requesting leave, taking time off, or missing training hours during this critical initial window. Failure to attend this mandated training will result in immediate termination of employment.

3. Reorganization Viability: This new employment is the sole financial mechanism funding the Debtor's pending Chapter 13 conversion and her proposed Uniform Plan payment of $837.84. Protecting this job is absolutely paramount to the feasibility of the reorganization estate.

4. Request for Reset: Debtor is completely unable to attend the scheduled court docket on October 7, 2026, without completely jeopardizing her new employment. Debtor respectfully requests that the Court reschedule the hearing on the Motion for Relief from Stay to the next

available docket date subsequent to October 21, 2026, which marks the successful completion of this mandatory training block.

**CERTIFICATE OF CONFERENCE**

I hereby certify that on September 24, 2026, I conferred (or attempted to confer) in good faith with John V. Burger, counsel for Movant P.C.F. Properties in TX, LLC, regarding the relief requested in this Motion. Counsel for Movant opposes the relief requested herein, necessitating court determination.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests that this Court grant this Motion and reschedule the hearing on the Motion for Relief from the Automatic Stay to a subsequent available docket date, and grant Debtor all other relief to which she may be justly entitled.

Dated: September 24, 2026.

Respectfully submitted,

Chanee Tennille Coleman, Debtor Pro Se
15538 Kiplands Bend Dr
Houston, TX 77014
Phone: (832) 675-2663
Email: chanee.coleman@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2026, a true and correct copy of the foregoing Debtor's Motion to Reschedule Hearing was served via United States First Class Mail, postage prepaid, upon the following required parties:

Counsel for Movant P.C.F. Properties in TX, LLC:
John V. Burger
Barry & Sewart, PLLC
4635 Southwest Freeway, Suite 330

Houston, TX 77027
The Interim Chapter 7 Bankruptcy Trustee:
Allison Davison Byman
7924 Broadway, Suite 104
Pearland, TX 77581

Office of The United States Trustee:
515 Rusk Street, Suite 3516
Houston, TX 77002

Dated: September 24, 2026.

By: ____________________
Chanee Tennille Coleman, Debtor Pro Se