United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 16, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| CHANEE TENNILLE COLEMAN, | § | |
| Debtor. | § | |
| | § | |
| | § | CASE NO. 26-36231-H4-7 |
| | § | (Chapter 7) |
| | § | |
| | § | Hon. Eduardo V. Rodriguez |

**ORDER CONVERTING CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13**

The Debtor has filed a Motion to Convert this case from Chapter 7 to Chapter 13 pursuant to 11 U.S.C. § 706(a). It appearing that the case has not been previously converted and that the Debtor is eligible for relief under Chapter 13,

IT IS ORDERED THAT:

**1.** The Debtor's Motion to Convert to Chapter 13 is hereby GRANTED.

**2.** This case is officially converted from a liquidation under Chapter 7 to a reorganization under Chapter 13.

**3.** The Chapter 7 Trustee currently assigned to this case is hereby discharged from any further duties, and a Chapter 13 Trustee shall be formally designated by the United States Trustee.

**4.** The Debtor shall file, within fourteen (14) days from the entry date of this Order, all required Chapter 13 Schedules, a Statement of Financial Affairs, and a formal Chapter 13 Repayment Plan as prescribed by the Federal Rules of Bankruptcy Procedure.

**Signed: Friday, October 16, 2026**

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge