UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF TEXAS

IN RE:

Chanee Coleman
15538 Kiplands Bend DR
Houston, TX 77014

CHAPTER: 13
CASE NUMBER: 26-36231
CLAIM AMOUNT: $1448.21

Debtors.

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Westlake Services, LLC / Jefferson Capital Systems LLC Assignee , on behal

WESTLAKE SERVICES, LLC, and pursuant to Rule 3006,

F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 10/20/2026, in the amount of $1448.21.

Westlake Services, LLC / Jefferson Capital Systems LLC Assignee , on behalf of

WESTLAKE SERVICES, LLC hereby releases and discharges the Chapter 13

Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter

13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 20th day of October, 2026.

Westlake Services, LLC / Jefferson Capital Systems L

By: /s/ Nancy Mehrenberg
Nancy Mehrenberg Bankruptcy Specialist

Westlake Services, LLC / Jefferson Capital Systems L
Assignee for WESTLAKE SERVICES, LLC
200 14th Avenue E
Sartell, MN 56377
(888) 836-6853

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Chanee Coleman<br>15538 Kiplands Bend DR<br>Houston, TX 77014 |
| Debtor's Attorney: | Chanee Tennille Coleman |
| Chapter 13 Trustee: | |

by submitting electronically with the court.

This 20th day of October, 2026.

Westlake Services, LLC / Jefferson Capital Systems I

By: /s/ Nancy Mehrenberg
Nancy Mehrenberg Bankruptcy Specialist

Jefferson Capital Systems, LLC
Assignee for Westlake Services, LLC / Jefferson Capi
200 14th Avenue E
Sartell, MN 56377
(888) 836-6853